**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

**Caleb Whitfield,**

                             *Plaintiff*,           **Case No. 3:24-cv-252**

**v.**

                                           **District Judge Thomas M. Rose**

**Correction Officer Runyan,** *et al.*,        **Magistrate Judge Karen L. Litkovitz**

                          *Defendants.*

---

**ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 40)**

---

Pending before the Court is Motion to Issue Service by Plaintiff Caleb Whitfield. (Doc. 29.) Magistrate Judge Karen L. Litkovitz has reviewed the motion and recommended that:

> 1.  Plaintiff's motion to amend his complaint to identify and substitute Deputies John Doe Nos. 1 and 2, respectively (Doc. 29) be **DENIED** as futile.

(*See* Doc. 40, PageID 173.) The Report and Recommendation remains unopposed.

The Court has reviewed the findings of the Magistrate Judge. Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), this Court has made a *de novo* review of the record in this case. Upon consideration of the foregoing, the Court **ADOPTS** the Report and

1

Recommendation (Doc. 40) in its entirety. The Court, therefore, **DENIES** Plaintiff's Motion to Amend His Complaint to Identify and Substitute Deputies John Doe Nos. 1 and 2 (Doc. 29).

        **DONE** and **ORDERED** this Tuesday, March 24, 2026.

                                  **s/Thomas M. Rose**

_____

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE