**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

**Caleb Whitfield,**

                         *Plaintiff*,            **Case No. 3:24-cv-252**

**v.**                                        **District Judge Thomas M. Rose**
                                                **Magistrate Judge Karen L. Litkovitz**

  **Corrections Officer Runyan,**
  *Individual and Official Capacity,* **et al.,**

                         *Defendants.*

---

**ENTRY AND ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (DOC. 45), GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT (DOC. 33), DENYING PLAINTIFF'S MOTION TO AMEND (DOC. 43) AND TERMINATING CASE.**

---

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge. (Doc. 45.) On December 3, 2025, Defendants moved for summary judgement on all claims in this case. (Doc. 33.) Plaintiff responded with a motion for leave to amend his complaint. (Doc. 43.) On April 27, 2026, Magistrate Judge Karen L. Litkovitz recommended that the Defendants' motion for summary judgment (Doc. 33) be granted, that Plaintiff's motion to amend the complaint (Doc. 43) be denied, and that the Court certify that any appeal of an Order adopting the Report and Recommendation would not be taken in good faith. (Doc. 45.) Plaintiff has objected to the Report and Recommendation. (Doc. 46.)

The Court has reviewed the findings of the Magistrate Judge. Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), this Court has made a *de novo* review of the record in this case. Upon consideration of the foregoing, the Court **ADOPTS** the Report and Recommendation (Doc. 45) in its entirety. Defendants' Motion for Summary Judgment (Doc. 33) is **GRANTED**, Plaintiff's Motion to Amend the Complaint (Doc. 43) is **DENIED**. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith. The captioned cause is hereby ordered **TERMINATED** upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

   **DONE** and **ORDERED** this Thursday, May 28, 2026.


                              **s/THOMAS M. ROSE**

                              _____

                              THOMAS M. ROSE
                              UNITED STATES DISTRICT JUDGE

–2–